■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS VAZQUEZ, Appellant. [880 NYS2d 571]—Appeal by the defendant from a judgment of the County Court, Rockland County (Kelly, J.), rendered August 22, 2007, convicting him of driving while intoxicated (Vehicle and Traffic Law § 1192 [3]) and unlawful possession of marijuana, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the evidence is unpreserved for appellate review (see CPL 470.05 [2]; People v Hawkins, 11 NY3d 484, 491-492 [2008]). In any event, viewing the evidence in the light most favorable to the prosecution (see People v Contes, 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (see People v Lundell, 24 AD3d 569, 570 [2005]; People v Milo, 300 AD2d 680, 681 [2002]; People v Gangale, 249 AD2d 413 [1998]). Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (see CPL 470.15 [5]; People v Danielson, 9 NY3d 342 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (see People v Mateo, 2 NY3d 383, 410 [2004], cert denied 542 US 946 [2004]; People v Bleakley, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (see People v Romero, 7 NY3d 633 [2006]).

The sentence imposed was not excessive (see People v Suitte, 90 AD2d 80, 86 [1982]). Spolzino, J.P., Angiolillo, Chambers and Hall, JJ., concur.